No. 76–460.   FRED F. FRENCH INVESTING CO., INC. v. CITY OF NEW YORK; and

No. 76–467.   RAMSGATE PROPERTIES, INC., ET AL. v. CITY OF NEW YORK.   Appeals from Ct. App. N. Y. dismissed for want of jurisdiction.   Treating the papers whereon the appeals were taken as petitions for certiorari, certiorari denied. ■

No. 75–1875.   PACIFIC LEGAL FOUNDATION v. ENVIRONMENTAL PROTECTION AGENCY.   C. A. 9th Cir.   Certiorari granted, judgment vacated, and case remanded for consideration of question of mootness. ■

No. 75–5831.   WILLIAMS v. UNITED STATES.   C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and certiorari granted.   Judgment vacated and case remanded for further consideration in light of *Moody* v. *Daggett, ante,* p. 78. ■

No. 76–72.   SOLIMINE v. UNITED STATES.   C. A. 6th Cir. Certiorari granted, judgment vacated, and case remanded for consideration of petitioner's claim that his convictions and concurrent sentences for theft and receiving the same property must be dealt with as were the similar convictions and sentences of codefendant Sclafani. ■